UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY COX and JEREMY COX,<br><br>Plaintiffs,<br><br>v.<br><br>INDIANA DEPARTMENT OF CHILD SERVICES, *et al.,*<br><br>Defendants. | Case No. 1:23-cv-00957-RLY-MG |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

The Defendants, Indiana Department of Child Services, Candace Sexton, and Annette Lehman, by counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully move the court to dismiss with prejudice all claims brought in the amended complaint, ECF 30, for the reasons explained in their accompanying brief in support of this motion.

In support of this motion, the Defendants designate the following evidence in support:

| Exhibit 1 | Preliminary Inquiry Report |
|---|---|

Exhibit 1 has been filed under seal pursuant to Indiana Code § 31-32-6-1 *et seq*. or Indiana Code § 31-39-1-2 as a filing in a confidential court proceeding concerning children that is exempt from public disclosure.

WHEREFORE, the Defendants, by counsel, move the court to dismiss all claims with prejudice, and for all other just and proper relief.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Atty. No. 20-10517

Alexander R. Carlisle, Atty. No. 34533-49
Katherine A. Meltzer, Atty. No. 37932-49
Deputy Attorneys General

OFFICE OF THE ATTORNEY GENERAL
Indiana Gov't Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 234-6667
Fax: (317) 232-7979
Alexander.Carlisle@atg.in.gov
Katherine.Meltzer@atg.in.gov

*Attorneys for Defendants*